IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RIGOBERTO ISAI HERNANDEZ RODRIGUEZ, <br><br> Petitioner, <br><br> v. <br><br> PAM BONDI, *in her official capacity as Attorney General of the United States*, et al., <br><br> Respondents. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | 1:26-CV-660-RP |

## **ORDER**

Before the Court is Petitioner Rigoberto Isai Hernandez Rodriguez's ("Petitioner") Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2243. (Dkt. 1). The Court will transfer Petitioner's case to the San Antonio Division.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). "Under the transfer statute, a district court may transfer a case upon a motion or sua sponte. The district court has broad discretion in deciding whether to order a transfer." *Caldwell v. Palmetto State Sav. Bank of S.C.*, 811 F.2d 916, 919 (5th Cir. 1987) (citing 28 U.S.C. §§ 1404, 1406). Per Local Rule CV-3(b)(3) of the Western District of Texas, Section 2241 habeas petitions "must be filed in the division that includes the county in which the petitioner is in custody."

Upon review of Petitioner's filings, the Court finds facts demonstrating that this case is connected to the San Antonio Division of the Western District of Texas. In his Petition, Petitioner alleges he was "detained by local police [on his way home from work] and was then transferred to ICE custody. . . . [Petitioner] has remained in the South Texas Detention Facility in Pearsall, Texas." (Pet., Dkt. 1, at 8). Petitioner is detained at the South Texas Detention Facility in Pearsall, Texas,

which is in the San Antonio Division of this District. (*Id.* at 2). *See Garibay-Robledo v. Noem*, No. 3:25-CV-2461-L-BN, 2025 WL 2638672, at *2 (N.D. Tex. Sept. 12, 2025) (transferring § 2241 petition from Dallas Division to Abilene Division where petitioner was physically detained). Further, Petitioner's immediate custodians are the two respondents in El Paso: Mary De Anda-Ybarra, the Director of the El Paso Field Office for ICE, and the Warden of the El Paso Camp East Montana Detention Center where Petitioner is being held. (*Id.* at 5); *see* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").

Given the connections of this case to the San Antonio Division of this District and for the convenience of the parties and witnesses and in the interest of justice, **IT IS ORDERED** that this action is **TRANSFERRED** to the San Antonio Division of the Western District of Texas.

**SIGNED** on March 31, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2